**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NICHOLE WRINKLE | ) | |
| 3900 Richmond Court, Apt. D | ) | |
| Arnold, MO 63010 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:15-cv-01320-HEA |
| | ) | |
| DIVERSIFIED CONSULTANTS, INC. | ) | District Judge Henry Edward Autrey |
| 10550 Deerwood Park Blvd., Suite 309 | ) | |
| Jacksonville, FL 32256 | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

Plaintiff, NICOLE WRINKLE, ("Plaintiff"), through her attorney, PRICE LAW GROUP, APC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

DATED: December 17, 2015      By: /s/ Mark D. Molner, Esq.
                               Mark D. Molner, Esq.
                               SBN: 62189
                               PRICE LAW GROUP, APC
                               Prairie Village, KS 66208
                               Tel: 913-529-1474
                               mark@pricelawgroup.com

**CERTIFICATE OF SERVICE**

On December 17, 2015, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense counsel, Yasmin Colon, at ycolon@sessions-law.biz.

By: /s/ Mark D. Molner, Esq.
    Mark D. Molner, Esq.